No. 795. FAINBLATT v. COMMISSIONER OF INTERNAL REVENUE; and

No. 796. FAINBLATT v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Mark H. Johnson* for petitioners. *Solicitor General Perlman, As-*

*sistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Morton K. Rothschild* for respondent.

